# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| WENDY HILL, | : | |
| | : | |
| Plaintiff, | : | Case No. 3:16-cv-104 |
| | : | |
| v. | : | Judge Walter H. Rice |
| | : | |
| FIVE OR MORE JOHN/JANE DOE | : | Magistrate Judge Michael J. Newman |
| UNKNOWN OFFICERS OF THE | : | |
| WRIGHT-PATTERSON AIR FORCE | : | |
| BASE POLICE, et al., | : | |
| | : | |
| Defendants. | : | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Under Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs Wendy Hill, Alice Hill, A.H. (a minor), and B.H (a minor), and Defendants United States of America and Kyle Brophy, Nicholas Smith, Ronnie Lewis, Jr., Andrew Cockerham, Marco Chaparro, and Jonathan Vance stipulate to the dismissal of this action with prejudice, with each party bearing their own costs.

Respectfully submitted,

*s/Nicholas A. DiCello*
NICHOLAS A. DICELLO (0075745)
SPANGENBERG SHIBLEY & LIBER LLP
1001 Lakeside Avenue East, Suite 1700
Cleveland, OH 44114
Ph:  (216) 696-3232 (office)
Fax: (216) 696-3924 (fax)
ndicello@spanglaw.com
*Attorney for Plaintiffs*

(Signatures continued on next page)

BENJAMIN C. GLASSMAN
Acting United States Attorney


s/John J. Stark
JOHN J. STARK (0076231)
Assistant United States Attorney
303 Marconi Boulevard, Suite 200
Columbus, OH 43215
Telephone: (614) 469-5715
Facsimile: (614) 469-5240
Email: john.stark@usdoj.gov
*Attorney for Defendant United States*


s/Brandi M. Stewart
BRANDI M. STEWART (0082546)
Assistant United States Attorney
200 W. Second Street, Suite 600
Dayton, OH 45402
Telephone: (937) 531-6793
Facsimile: (937) 225-2564
Email: brandi.stewart@usdoj.gov
*Attorney for Defendant United States*


s/Andrea Jae Friedman
ANDREA JAE FRIEDMAN
(CA Bar 291692)
Trial Attorney
Torts Branch, Civil Division
United States Department of Justice
P.O. Box 7146
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 305-0336
Facsimile: (202) 616-4314
Email: andrea.j.friedman@usdoj.gov
*Attorney for Individual Defendants Brophy, Smith, Lewis, Cockerham, Chaparro, and Vance*


2

## **CERTIFICATE OF SERVICE**

I hereby certify that I filed the foregoing Stipulation of Dismissal with Prejudice on March 21, 2017, using the Court's CM/ECF system, which will provide service electronically on all parties' counsel.

                                              *s/Nicholas A. DiCello*
                                              NICHOLAS A. DICELLO (0075745)
                                              Attorney for Plaintiff